IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| IN Re: BEXTRA and CELEBREX MARKETING SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | )<br>)<br>) MDL 1699<br>)<br>)<br>) |
| **This document relates to Betty Ann LaCourse** | ) 06-5450 CRB<br>) (Transfer Case) |

## STIPULATION

It is hereby stipulated by and between all parties, through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), that Plaintiff Betty Ann LaCourse's claims in this action are dismissed **with prejudice** with each side bearing its own attorneys' fees and costs.

By: _____
Wendy R. Fleishman
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York 10017-2024
Ph: (212) 355-9500, Fax: (212) 355-9592
wfleishman@lchb.com
Attorneys for Plaintiff

Dated: 8/28/09

By: /s/ Loren Brown
_____
Loren H. Brown, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Ph: (212) 335-4846
Attorney for Defendants

Dated: 9/08/2009

28762.00841.933924.1

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 16, 2009

